ORANGE TAXPAYERS COUNCIL, INC.

v.

CITY OF ORANGE.

Oct. 9, 1979. ORDERED that the petition for certification is granted. (See 169 *N.J.Super.* 288)

AETNA CASUALTY AND SURETY COMPANY v. ELEANOR DeMARZO AND VICTOR DeMARZO.

Oct. 18, 1979. The parties to this matter having stipulated to a dismissal of the within appeal, it is ORDERED that the appeal in this matter be and hereby is dismissed.

JAMES MYLSON v. HOLY NAME HOSPITAL.

Oct. 18, 1979. The parties to this matter having stipulated to a dismissal of the within appeal, it is ORDERED that the appeal in this matter be and hereby is dismissed.

EDWIN S. DARRELL v. GOVERNING BODY OF THE TOWNSHIP OF CLARK.

Oct. 22, 1979. Petition for certification granted. (See 169 *N.J.Super.* 127)

EDWIN S. DARRELL v. GOVERNING BODY OF THE TOWNSHIP OF CLARK.

Oct. 22, 1979. Cross-Petition for certification denied. (See 169 *N.J.Super.* 127)